Exhibit A

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| KENARD WHEELER, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:20-cv-01287-CRC |
| | ) | |
| ALEX M. AZAR, II, Secretary, U.S. | ) | |
| Department of Health & Human Services, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DECLARATION OF ROBERT B. BRADY IN SUPPORT OF**
**DEFENDANT'S MOTION TO DISMISS, IN PART**

I, Robert B. Brady, hereby declare and state the following:

1.      I am employed as Deputy Director, Equal Employment Opportunity Services

Center (EEOSC) Division, Office of Equal Employment Opportunity, Diversity & Inclusion,

U.S. Department of Health and Human Services.  I have personal knowledge of the events

described herein, and I could testify to them if called to do so.

2.      Exhibit 1 is a true and correct copy of the U.S. Department of Health and Human

Services Letter of Acceptance dated February 26, 2019 contained in the Report of Investigation

Case Number HHS-OS-00144-2019.

Dated: September 8, 2020                               Respectfully submitted,

Robert B. Brady - S

Digitally signed by Robert B. Brady -S
Date: 2020.09.08 17:28:33 -04'00'

ROBERT B. BRADY
Deputy Director, EEOSC

1

Exhibit 1



DEPARTMENT OF HEALTH & HUMAN SERVICES          Office of the Secretary

Assistant Secretary for Administration
Equal Employment Opportunity
    Compliance and Operations Division
Washington, DC  20201

## **ACCEPTANCE OF EEO COMPLAINT**
## **UPS TRACKING NUMBER:  7009 1680 0001 6593 2595**

Kenard Wheeler
251 Admiral Cochrane Dr.
Apt. 2002
Annapolis, MD 21401

FEB 2 6 2019

Re: Kenard Wheeler, Complainant
Agency File No.: HHS-OS-0014-2019
Date Filed Formal: February 12, 2019

Dear Mr. Wheeler:

This serves to acknowledge and accept the subject complaint of discrimination which you filed against the Department of Health and Human Services (HHS), Assistant Secretary for Financial Resources (ASFR), Office of the Secretary Budget Execution (OSBE), Office of the Secretary (OS) on February 12, 2019. This letter also provides you with written notice of your rights and the time limits for exercising those rights. Please refer to the agency file number listed above in all correspondence related to this matter.

Upon a review of the claims contained in your formal complaint and the counseling report, I have identified the following allegations for investigation:

Whether Complainant was subjected to harassment (non-sexual) and discriminated against on the basis of sex (male) when the following occurred:

Claim 1: On December 7; 2018, Complainant was issued a Performance Deficiency Notice; and

Claim 2: On December 7, 2018, Complainant was issued a memorandum indicating he would not be receiving his Career Ladder Promotion to the GS-12 level.

Exhibit C-2

Wheeler, Kenard   Agency File No.:  HHS-OS-0014-2019

Claim 3:  Whether or not Complainant was subjected to harassment (non-sexual) when the following examples occurred:

    a.  On September 5, 2018, Complainant was directed to take training courses that were not related to his Financial Management Analyst (GS-560-11) position; and

    b.  On November 6, 2018, Management made derogatory comments toward Complainant in a meeting;

The above claims and the complaint will be processed pursuant to the provisions of Title 29 Code of Federal Regulations (C.F.R.) Part 1614.

If you believe the claims are not correctly identified, please notify this office in writing to the address or fax number below, within **seven (7) calendar days** after receipt of this letter and specify why you believe the claims have not been correctly identified.  If you fail to contact us, we will conclude you agree that the claims have has been properly identified above.  Any statement submitted in this regard will be placed in the complaint file.

                **HHS/EEOCO Office**
                **330 C Street SW**
                **Suite 2200**
                **Washington, DC  20201**
                **Fax:  202-619-0823**

Your complaint will be assigned to an investigator for formal investigation of the accepted claims.  Once assigned, an EEO investigator will contact both parties when the investigation of this complaint begins.  During the investigation, you must provide relevant documentation and testimony to the investigator.  This information will become part of the official record and will be used in analyzing the complaint to determine whether or not discrimination occurred. You should present to the investigator all information you want to be considered and the names of any witnesses you believe should be contacted.  You must cooperate with the investigator assigned.  Failure to do so may result in the dismissal of your complaint.

The regulations require the Agency to complete its investigation of this complaint within 180 calendar days of the filing of this complaint, unless you and the agency voluntarily agree, in writing, to extend the time period by up to an additional ninety (90) calendar days, or where a complaint was amended.

You may amend a complaint at any time prior to the conclusion of the investigation to include claims like or related to the claims identified above without the need for additional counseling.  The Agency will acknowledge in writing any written amendments filed.  When a complaint has been amended, the agency is required to conduct an

2

Wheeler, Kenard   Agency File No.:  HHS-OS-0014-2019

impartial investigation within the earlier of 180 calendar days after the last amendment of the complaint or 360 calendar days after the filing of the original complaint.

You may request a hearing from the Equal Employment Opportunity Commission (EEOC) or an immediate final agency decision (FAD) from the Department of Health and Human Services (DHHS) if the investigation has not been completed within 180 calendar days of the filing of the complaint.  Any amendment must be submitted, in writing, to the undersigned for a determination whether the new claim(s) warrants inclusion in the pending complaint or processing as a new complaint.  Additionally, after requesting a hearing, you have the right to file a motion with the administrative judge to amend the complaint to include claims like or related to those raised in the original complaint.

At the conclusion of the investigation, the Agency will provide you with a copy of the Report of Investigation (ROI).  In accordance with 29 C.F.R. §1614.108(f), you will have thirty (30) calendar days from the date you receive the ROI to request a hearing and decision from an EEOC Administrative Judge (AJ), or request an immediate final decision without a hearing from the Agency.  If you request a FAD without a hearing, the request should be in writing and directed to me within thirty (30) calendar days from your receipt of the ROI.

**Right to Request a Hearing**

Should you request a hearing before an EEOC AJ, it must be in writing and forwarded directly to the District Director of EEOC at the following address:

**Equal Employment Opportunity Commission**
**131 M Street, NE**
**Fourth Floor, Suite 4NWO2F**
**Washington, DC 20507-0100**

The hearing request must be made to the EEOC within thirty (30) calendar days from the date on which you received the ROI.  Simultaneously, you must provide me with a copy of the hearing request.

If you have not received a copy of the investigative report and notification concerning appeal rights, at any time after 180 calendar days has elapsed from the filing of the complaint, a written hearing request may be submitted directly to the EEOC District Office shown above, with a copy to the Agency.

If you wish to amend a complaint after you have requested a hearing, you must file a Motion to amend the complaint directly with the AJ assigned to your complaint.  Failure to elect a hearing before the EEOC or request a FAD within the thirty (30) calendar day time frame from your receipt of the ROI will invoke the Agency to issue a FAD.

3

Wheeler, Kenard   Agency File No.: HHS-OS-0014-2019

## Appeal Rights

If dissatisfied with the FAD where there has been no hearing, you may appeal the FAD to the Office of Federal Operations (OFO) of the EEOC, within thirty (30) calendar days from your receipt of the FAD.

If dissatisfied with the final action on the decision of an AJ following a hearing, an appeal may be filed with OFO of the EEOC within thirty (30) calendar days of the date that you receive the final action implementing a decision of an AJ.

Any appeal to OFO should be sent to the following address:

**Equal Employment Opportunity Commission**
**Office of Federal Operations**
**P.O. Box 19848**
**Washington, DC 20036-9848**

You must send a copy of the appeal and supporting documentation to me. In addition, you must provide proof to OFO that a copy of the appeal and any supporting documentation has been sent to me.


## Right to File a Civil Action

You may file a civil action in an appropriate U.S. District Court:

- Within ninety (90) calendar days of your receipt of a final decision if no appeal has
  been filed;

- After the expiration of 180 calendar days from the date on which you filed the original formal complaint if you have not amended the complaint, agreed to an extension, or filed an appeal, and the Agency has not issued a final agency decision on the complaint;

- Within ninety (90) calendar days from the date of your receipt of the decision from
  OFO if you initially chose to file an appeal with OFO of the EEOC; or

- After 180 calendar days of the date on which you filed an appeal with OFO if you have not received a decision on the appeal.

You may file a civil action within two (2) years or, if the violation is willful, within three (3) years of the date of an alleged violation of the Equal Pay Act (EPA), regardless of whether you pursued any administration complaint processing.

4

Wheeler, Kenard   Agency File No.: HHS-OS-0014-2019

If you decide to file a civil action, you must name the Agency head as the defendant and provide her official title.  The head of the Agency, for purposes of filing a civil suit, is the **Alex Azar III, Secretary.**  Failure to provide the name or official title of the Secretary may result in dismissal of your case.  Civil action may be filed through legal counsel.  If you decide to file a civil action under Title VII or under the Rehabilitation Act, and you do not have an attorney or cannot afford the services of an attorney, you may take this notice to the U.S. District Court, which may, in its discretion, appoint an attorney to represent you.  Also in its discretion, the Court may permit you to file the action without payment of fees, costs, or other security.  Filing a request for an attorney does not extend the time limits set forth above for filing a civil action.

In the event you engage the services of a licensed attorney in this matter or there is a change in representation, you must notify the Agency in writing immediately.  Failure to make such notification may result in a denial of fees or costs to which an attorney might otherwise be entitled.

If you have any questions regarding the above, please contact Kim C. Jones, Senior EEO Specialist, at (202) 619-3725.

Sincerely,

Robert Brady, SPHR
Branch Chief, EEO Operations Division
Department of Health and Human Services

5